**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LUCINDA BYRON and LATOYA LEWIS,

        Plaintiffs,

v.                                Case No:   6:23-cv-1645-WWB-LHP

AVANT HEALTHCARE PROFESSIONALS, LLC,

        Defendant

**ORDER**

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **DEFENDANT'S MOTION FOR TEMPORARY STAY OF DISCOVERY AND PROTECTIVE ORDER (Doc. No. 63)**
>
> **FILED:**     **February 14, 2024**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

Defendant moves for a protective order staying discovery pending the outcome of its motion to dismiss (Doc. No. 47).   Doc. No. 63.   Upon review, to the

extent that Defendant seeks a protective order preventing certain discovery, the motion references an unattached "Exhibit A," hindering the Court's review. *Id.* at 1; *see* Doc. No. 60 ¶ 3 (requiring attachment of discovery at issue). To the extent that Defendant seeks a blanket stay of discovery pending outcome of its motion, the Court finds that the Standing Order on Discovery Motions (Doc. No. 60) would not apply to such request, and thus, rather than addressing Defendant's reference to additional briefing, Doc. No. 63, at 2 n.2, the Court will permit Defendant to refile the motion in accordance with Local Rule 3.01(a).

Accordingly, Defendant's Motion for Temporary Stay of Discovery and Protective Order (Doc. No. 63) is **DENIED without prejudice**. On or before **February 20, 2024**, Defendant may renew the motion in compliance with Local Rule 3.01(a). On or before **February 27, 2024**, Plaintiffs shall file their response, which must otherwise comply with Local Rule 3.01(b), and upon such filing the motion will be taken under advisement.

**DONE** and **ORDERED** in Orlando, Florida on February 16, 2024.

*[signature]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record

Unrepresented Parties