**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | |
|---|---|
| **LUCINDA BYRON and LATOYA LEWIS, on behalf of themselves, those similarly situated, and the Proposed Rule 23 Class,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**AVANT HEALTHCARE PROFESSIONALS, LLC,**<br><br>**Defendant.** | **Case No.: 6:23-cv-1645-JSS-LHP**<br><br>**STIPULATION OF DISMISSAL PURSUANT TO RULE 41** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs and Defendant (collectively, “the parties”) stipulate to dismiss this action without prejudice. The parties further stipulate that each party will bear its own fees and costs unless otherwise agreed.

*Signatures on Next Page*

August 25, 2025

**NICHOLS KASTER, PLLP**

*/s/ Anna P. Prakash*
Anna P. Prakash, MN Bar No. 0351362 (admitted *pro hac vice*)
4700 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
Telephone: (612) 256-3200
Facsimile: (612) 215-6870
aprakash@nka.com

**VARNELL & WARWICK, P.A.**

Janet R. Varnell; FBN: 0071072
Brian W. Warwick; FBN: 0605573
Pamela G. Levinson; FBN: 0538345
Jeffrey Newsome; FBN: 1018667
400 N Ashley Drive, Suite 1900
Tampa, FL 33602
(352) 753-8600
jvarnell@vandwlaw.com

**TOWARDS JUSTICE**

Juno Turner (admitted *pro hac vice*)
David H. Seligman (admitted *pro hac vice*)
Rachel W. Dempsey (admitted *pro hac vice*)
P.O. Box 371689, PMB 44465
Denver, CO 80237-5680
(720) 441-2236
juno@towardsjustice.org
david@towardsjustice.org
rachel@towardsjustice.org

*Attorneys for Plaintiffs*

**BAKER & HOSTETLER LLP**

/s/ *Kevin W. Shaughnessy*
Kevin W. Shaughnessy
Florida Bar No. 0473448
kshaughnessy@bakerlaw.com
Erin M. Sales
Florida Bar No. 0119799
esales@bakerlaw.com
William S. Weber
Florida Bar No. 1032238
wsweber@bakerlaw.com
200 South Orange Ave., Ste. 2300
Orlando, FL 32802-0112
Telephone: 407-649-4000
Facsimile: 407-841-0168

*Attorneys for Defendant*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed on August 25, 2025 with the Clerk of Court using CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Anna P. Prakash*