UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUCINDA BYRON and LATOYA
LEWIS,

    Plaintiffs,

v.                                                                                  Case No: 6:23-cv-1645-JSS-LHP

AVANT HEALTHCARE
PROFESSIONALS, LLC,

    Defendant.
_____/

**ORDER**

    Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have filed a joint stipulation for dismissal without prejudice contemplating that each party will each bear its own fees and costs unless otherwise agreed. (Dkt. 114.) *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action . . . by filing . . . a stipulation of dismissal signed by all parties who have appeared."). The rule "requir[es] each and every party that has thus far appeared in [the] lawsuit"—including "a party that appeared but has already been removed from [the] action"—"to sign [the] stipulation of dismissal." *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023). Here, Plaintiffs and Defendant are the only parties who have appeared in this lawsuit, and they signed the stipulation through their legal counsel. (*See* Dkt. 114 at 2.) Thus, the requirements for dismissal under Rule

41(a)(1)(A)(ii) are met.

Accordingly:

1. This case is **DISMISSED without prejudice**.

2. Each party shall each bear its own fees and costs unless otherwise agreed.

3. The Clerk is **DIRECTED** to terminate any pending motions and deadlines and to close this case.

**ORDERED** in Orlando, Florida, on August 26, 2025.

_____
JULIE S. SNEED
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record